IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SCOTTY DEVON MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:19-CV-136-ALB ) |
| SHERIFF BLAKE TURMAN, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on December 4, 2019. (Doc. 31). There being no objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's complaint against Defendant Andalusia Health Care is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii);

2. Defendants Andalusia Health Care is TERMINATED as a party to the complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendant Andalusia Health Care.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 14th day of February 2020.

/s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE